## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### (973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

June 24, 2021

### LETTER ORDER

Re:   **SCHWAB CAPITAL TRUST et al v. CELGENE CORPORATION et al**
      **Civil Action No. 20-3754 (JMV)**

Dear Counsel:

As discussed during the conference held in the above-captioned matter earlier today, the Court

orders the following:

1. The parties will complete their Rule 26 disclosures by **June 30, 2021**.

2. The parties have agreed to voluntarily exchange discovery from the parallel class action
   litigation, Civ. No. 18-4772, and other sources and to evaluate the information in the
   coming months to better identify their own discovery needs in this matter.

3. The Court will conduct a telephone conference on **January 5, 2022 at 11:30 AM** to discuss
   dates for the completion of discovery after the parties have had a chance to engage in the
   aforementioned exchange and evaluation. Counsel for Defendants shall initiate the call.

**IT IS SO ORDERED.**

      __ s/ James B. Clark, III
      **JAMES B. CLARK, III**
      **United States Magistrate Judge**